EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail:    victor.rodgers@usdoj.gov

JS-6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV No. SACV 15-1606-JVS (KESx) |
| Plaintiff, | DEFAULT JUDGMENT OF FORFEITURE |
| v. | |
| $47,000.00 IN U.S CURRENCY, | |
| Defendant. | |

On October 7, 2015, plaintiff United States of America filed a Complaint for Forfeiture alleging that the defendant $47,000.00 in U.S. Currency was subject to forfeiture.

///

On January 22, 2016, a Default by Clerk as to the Complaint for Forfeiture was entered against the interests of Anthony Vu Huynh and all other potential claimants.

The Court having been duly advised of and having considered the matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Verified Complaint for Forfeiture states a claim for relief.

3. Notice of this action has been given in the manner required by law. No appearances were made in this action by any claimant. The Court deems that all potential claimants, including Anthony Vu Huynh, admit the allegations of the Verified Complaint for Forfeiture to be true.

4. A default judgment shall be and hereby is entered against the interests of all potential claimants, including Anthony Vu Huynh, in the defendant $47,000.00 in U.S. Currency.

//
//
//

5. The defendant $47,000.00 in U.S. Currency shall be and hereby is forfeited to the United States of America, which shall dispose of the defendant $47,000.00 in U.S. Currency in the manner required by law.

DATED: February 25, 2016

_____
The Honorable James V. Selna
United States District Court Judge

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
_____
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA